UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 2:15-bk-50605 |
| | : | Chapter 13 |
| Matthew H. Hammond | : | Judge Hoffman |
| | : | |
| Debtor(s) | : | |

## DEBTOR(S)' NOTICE OF CHANGE OF ADDRESS

**NOW COMES THE DEBTOR(S)**, by and through his/her/their undersigned counsel, and notifies the Court of the Debtors' change of Mailing address:

**New Address:**     **837 Powderhorn Ln.**
            **Westerville, OH 43081-4427**

Respectfully submitted,

___/s/ Michael E. Benson_____
Michael E. Benson (0067990)
Attorney for Debtor(s)
109 Town St.
Gahanna, OH  43230
Phone: 614-418-4740
Fax: 614-418-5045
ECF: mb007@columbus.rr.com
mbenson007@sbcglobal.net;
mikebenson007@gmail.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Debtor(s)' Notice of Change of Address was served upon the parties listed below, via ECF and/or regular U.S. Mail, postage prepaid on this **1st** day of **July**, **2016.**

/s/ Michael E. Benson
Michael E. Benson (0067990)
Attorney for Debtor(s)
109 Town St.
Gahanna, OH  43230
Phone: 614-418-4740
Fax: 614-418-5045

Parties Served:

Office of United States Trustee
170 N. High Street, Suite 200
Columbus, Ohio  43215

ECF - ustpregion09.cb.ecf@usdoj.gov

Faye D. English
Chapter 13 Standing Trustee
10 West Broad St., Suite 900
Columbus, Ohio 43215-3449

ECF e-mail -  notices@ch13columbus.com

FaCheryl Sherie Dixon
Buckley Madole PC
14841 Dallas Parkway Suite 425
Addison, TX 75254

Brian M Gianangeli
bgianangeli@mifsudlaw.com